IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

CHARLIE TAYLOR

VS.                                       CIVIL ACTION NO. 2:05cv381-KS-MTP

JOHN BERRY, ET AL

<u>ORDER</u>

This cause came on this date to be heard on Report and Recommendation of United States Magistrate Judge [139] after referral of hearing by this Court, Objection filed by Plaintiff [183] and the Court having fully reviewed same as well as the record in this matter and being fully advised in the premises, finds that the Report and Recommendation should be adopted as the opinion of this Court and Plaintiff's Motions for Preliminary Injunction [93][94] be denied.

IT IS THEREFORE ORDERED that the Report and Recommendation be and the same is hereby adopted as the finding of this Court and Plaintiff's Motions for Preliminary Injunction [93][94] be and the same are hereby **denied.**

SO ORDERED this, the 19th day of July 2007.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE