IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

CHARLIE TAYLOR

VS.                                         CIVIL ACTION NO. 2:05cv381-KS-MTP

JOHN BERRY, ET AL

<u>ORDER</u>

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge entered herein on June 6, 2007, after referral of hearing by this Court, Objection filed by Charlie Taylor [181] and the Court having fully reviewed same as well as the record in this matter and being fully advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation be, and the same hereby is, adopted as the finding of this Court, and the [108] [119] Motions to Compel are hereby overruled. This Court adopts and reiterates the logic followed by the Magistrate Judge in his Report and Recommendation, same being totally justified.

SO ORDERED, this the 19th day of July, 2007.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE