IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

CHARLIE TAYLOR

VS.                                                         CIVIL ACTION NO. 2:05cv381-KS-MTP

JOHN BERRY, ET AL

<u>ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION</u>

This cause came on this date to be heard on Report and Recommendation [161] of United States Magistrate Judge Michael T. Parker entered herein on June 15, 2007. After referral of hearing by this Court, no objections having been filed as to the Report and Recommendation and the Court having fully reviewed the same as well as the record in this matter and being fully advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS THEREFORE ORDERED that the Report and Recommendation be and the same hereby is adopted as the finding of this Court and the Complaint as to defendants John Berry, Thomas Leham, Steve Holtz, Charles Allen, Marcus Hill, Karrin Flowers, and Correctional Corporation of America is hereby dismissed without prejudice. A separate judgment will be entered herein in accordance with this order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this, the 19th day of July 2007.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE