IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

CHARLIE TAYLOR

VS.   CIVIL ACTION NO. 2:05cv381-KS-MTP

JOHN BERRY, ET AL

ORDER

This cause came on this date to be heard on Report and Recommendation of the United States Magistrate Judge [138] entered herein on May 29, 2007, after referral of hearing by this Court, Objection to said Report and Recommendation [182] filed by Charlie Taylor and the Court having fully reviewed the same as well as the record in this matter and being fully advised in the premises finds that the Report and Recommendation should be adopted as the opinion of this Court. The Court specifically finds that Motion for Preliminary Injunction filed by Taylor, as found by the Magistrate, fails to demonstrate any reasonable basis for injunctive relief. Plaintiff again makes conclusions but does not justify the conclusions with pleading of facts. Plaintiff has a substantial burden to meet to entitle him to injunctive relief and he has failed as found by the Magistrate Judge. This Court finds additionally that the status of the entire record indicates that the Plaintiff has free access to this Court.

IT IS THEREFORE ORDERED that the Report and Recommendation [138] be and the same is hereby adopted as the finding of this Court and the Motion for Preliminary Injunction [89] be and the same is hereby **denied.**

SO ORDERED this, the 19th day of July, 2007.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE